O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA 11-0120M (Dft #2) |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| ELEAZAR ARMENTA ORNELAS, | ) |
| Defendant. | ) |

I

    A.    ( )    On motion of the Government in a case allegedly involving:

        1.    ( )    a crime of violence.

        2.    ( )    an offense with maximum sentence of life imprisonment or death.

        3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

        4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

        5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

    device or any other dangerous weapon, or a failure to register under 18
    U.S.C. § 2250.

B.  (X)  On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

  1.  (x)  a serious risk that the defendant will flee.
  2.  ( )  a serious risk that the defendant will:
    a.  ( )  obstruct or attempt to obstruct justice.
    b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.  ( )  The Court finds that no condition or combination of conditions will reasonably assure:

  1.  (X)  the appearance of the defendant as required.
  ( ) and/or
  2.  ( )  the safety of any person or the community.

B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1     destructive device;
2     B.    the weight of evidence against the defendant;
3     C.    the history and characteristics of the defendant; and
4     D.    the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

B. ( ) As to danger:

## VI

A. ( ) The Court finds that a serious risk exists the defendant will:
    1. ( ) obstruct or attempt to obstruct justice.
    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

## VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the

1 | custody of the Attorney General for confinement in a corrections facility
2 | separate, to the extent practicable, from persons awaiting or serving sentences
3 | or being held in custody pending appeal.
4 |     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 | opportunity for private consultation with counsel.
6 |     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 | States or on request of any attorney for the Government, the person in charge
8 | of the corrections facility in which defendant is confined deliver the defendant
9 | to a United States marshal for the purpose of an appearance in connection with
10 | a court proceeding.

DATED: March 14, 2011

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE